UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THOMAS GESUALDI, LOUIS BISIGNANO, ANTHONY D'AQUILA, MICHAEL O'TOOLE, BENNY UMBRA, FRANK H. FINKEL, JOSEPH A. FERRARA, SR., MARC HERBST, DENISE RICHARDSON, and THOMAS CORBETT as Trustees and Fiduciaries of the Local 282 Welfare Trust Fund, the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund, the Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund,

                Plaintiffs,

      -against-

RELIANCE TRUCKING OF CG INC.,

               Defendant.
----------------------------------------------------------X

ADOPTION ORDER
14-cv-4112 (ADS)(SIL)

FILED
CLERK
4/10/2015 10:45 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**APPEARANCES**:

**Trivella & Forte LLP**
*Attorneys for the Plaintiffs*
1311 Mamaroneck Avenue
Suite 170
White Plains, NY 10605
By: Jael Dumornay, Esq.
    James Robert Grisi, Esq., Of Counsel

**NO APPEARANCE**:

*The Defendant*

**SPATT, J.**

      On July 2, 2014, the Plaintiffs the Trustees and Fiduciaries of the Local 282 Welfare Trust Fund, Pension Trust Fund, Annuity Trust Fund, Job Training Trust Fund, and Vacation and Sick Leave Trust Fund (the "Funds") commenced this action to collect unpaid withdrawal liability due to the Funds and estimated contributions due to the Funds as a result of the Defendant's failure to submit its pertinent books and records to audit and pay the amount determined to be due and owing.

1

On October 21, 2014, the Clerk of the Court noted the default of the Defendant.

On December 5, 2014, the Funds moved for a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).

On December 10, 2014, the Court referred this matter to United States Magistrate Judge Steven I. Locke for a recommendation as to whether the motion for a default judgment should be granted, and if so, whether damages should be awarded, including reasonable attorneys' fees and costs.

On March 19, 2015, Judge Locke issued a Report recommending that the motion be granted, and the Funds be awarded total damages of $21,587.17, plus additional daily interest and damages through the entry of judgment, as follows:

| | | |
|---|---|---|
| Unpaid Contributions | | $2,071.11 |
| Interest on Unpaid Contributions<br>    Calculated Through 12/05/14 | | $905.76 |
| Liquidated Damages on Unpaid Contributions<br>    Calculated Through 12/05/14 | | $905.76 |
| Audit Fees | | $350.00 |
| Outstanding Withdrawal Liability | | $7,467.00 |
| Interest on Outstanding Withdrawal Liability<br>    Calculated Through 12/05/14 | | $1,026.72 |
| Liquidated Damages on Withdrawal Liability | | $1,493.40 |
| Attorneys' Fees | | $6,772.75 |
| Costs | + | $594.67 |
| | | **$21,587.17** |
| Daily Interest on Unpaid Contributions From 12/06/14 Through Entry of Judgment | + | $1.02/day |
| Continued Accrual of Liquidated Damages on Unpaid Contributions From 12/06/14 Through Entry of Judgment | + | $1.02/day |
| Daily Interest on Outstanding Withdrawal Liability From 12/06/14 Through Entry of Judgment | + | $3.68/day |

More than fourteen days have elapsed since service of the Report and Recommendation on the Defendant, which has failed to file an objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the March 19, 2015 Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result.

Accordingly, the March 19, 2015 Report and Recommendation is adopted in its entirety, and the Fund's motion for a default judgment is granted. The Clerk of the Court is respectfully directed to enter judgment in favor of the Funds as follows and to close the case:

| | |
|---|---:|
| Unpaid Contributions | $2,071.11 |
| Interest on Unpaid Contributions Calculated Through 12/05/14 | $905.76 |
| Liquidated Damages on Unpaid Contributions Calculated Through 12/05/14 | $905.76 |
| Audit Fees | $350.00 |
| Outstanding Withdrawal Liability | $7,467.00 |
| Interest on Outstanding Withdrawal Liability Calculated Through 12/05/14 | $1,026.72 |
| Liquidated Damages on Withdrawal Liability | $1,493.40 |
| Attorneys' Fees | $6,772.75 |
| Costs + | $594.67 |
| | **$21,587.17** |
| Daily Interest on Unpaid Contributions From 12/06/14 Through Entry of Judgment + | $1.02/day |
| Continued Accrual of Liquidated Damages on Unpaid Contributions From 12/06/14 Through Entry of Judgment + | $1.02/day |
| Daily Interest on Outstanding Withdrawal Liability From 12/06/14 Through Entry of Judgment + | $3.68/day |

3

**SO ORDERED.**
Dated: Central Islip, New York
April 10, 2015

                                                                *Arthur D. Spatt*
                                                                ARTHUR D. SPATT
                                                           United States District Judge